

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------X
EMDADUL KABIR,

        Plaintiff,

   - against -

MTA METRO-NORTH RAILROAD,

        Defendant.
------------------X

19 Civ. 07368 (LLS)

ORDER

It having been reported to the court that this action is settled, it is

ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within sixty (60) days of the date of this order either party may apply by letter for restoration of the action to the court's calendar.

So ordered.

Dated: New York, N.Y.
      May 6, 2021

                                      _Louis L. Stanton_
                                      Louis L. Stanton
                                         U.S.D.J.